Broussard, Ann

09-13749

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS

1002
60-249 / 433

| Case | Debtor |
|---|---|
| 09-13749 A | BROUSSARD, ANN |
| 92004724833865 | |
| REISSUED CHECK FROM STALE CHECK PROCESSING | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date 09/22/2010      $ **********332.03

~~~Three Hundred Thirty-Two Dollars and 03/100

Pay to the Order of   CHECK, UNITED STATES BANKRUPTCY COURT

MICHAEL CHIASSON, Trustee

⑈0000 1002⑈ ⑆043302493⑆ 92004724833865⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227676    - KF
**COPY**
September 23, 2010
16:05:37

TREASURY REGFUND
09-13749

Amount.:              $332.03 CH
Check#.:  1002

Total->   $332.03

FROM: CHIASSON

9/23/10:
Deposited to 6047BK
Treasury

Due to
Arnold D. Hillard

CVogel

Printed: 09/22/10 07:57 AM

# Stale Check Report

Page: 1

Trustee: MICHAEL CHIASSON (380290)
Case:    09-13749 - BROUSSARD, ANN

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-47248338-65 | 1002 | 09/22/10 | CHECK, UNITED STATES BANKRUPTCY COURT | | | $332.03 |
| Cancelled Account No. | Cancelled Check No. | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-47248338-65 | 1001 | / / | | 0 | | 0.00 | 0.00 | 0.00 | 332.03 |

ARNOLD D. HILLARD
59323 PINERIDGE ROAD
LACOMBE, LA. 70446

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.